# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# ST. JOSEPH DIVISION

| | |
|---|---|
| JEFFERY J. FORD, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>MURPHY BROWN OF MISSOURI, LLC, )<br>)<br>Defendant. ) | Case No.: 5:15-CV-06039-SJ-DGK |

## ORDER TERMINATING THE ACTION

Counsel for the parties listed above notified the Mediation and Assessment Program on approximately October 6, 2015, that they had settled this lawsuit. No further settlement documentation has been filed.

IT IS THEREFORE ORDERED that the clerk administratively terminate this action without prejudice to the rights of the parties to reopen the proceedings for good cause shown, for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation. On or before November 23, 2015, the parties shall file a stipulation of dismissal signed by the parties above who have appeared in the action, under Rule 41(a)(1) of the Federal Rules of Civil Procedure. If no such stipulation is received within the specified time and the parties have not reopened for the purpose of obtaining a final determination, this order shall constitute, for purposes of Rule 58 of the Federal Rules of Civil Procedure, the Court's entry of final judgment of dismissal with prejudice under Rule 41(a)(2).

       /s/ Greg Kays      
GREG KAYS, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Dated: November 9, 2015