## IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI ST. JOSEPH DIVISION

| | |
|---|---|
| JEFFREY J. FORD, | ) |
| Plaintiff, | ) |
| v. | ) No. 15-06039-CV-SJ-DGK |
| MURPHY BROWN OF MISSOURI, LLC, et al., | ) |
| Defendants. | ) |

## **ORDER**

Having considered the Joint Stipulation of Dismissal (Doc. 28), it is hereby

ORDERED that this case is dismissed with prejudice.

      /s/ Greg Kays
GREG KAYS, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Date: November 20, 2015